# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                              )
                                    )
YOUR EXCHANGE LLC,                  )
                                    )   Case No. 05 B 56131
            Debtor(s).              )

## ORDER COMBINED WITH NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that the Court will hold a status hearing in the above-captioned case on February 21, 2008 at 10:30 a.m. in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The case trustee, David P. Leibowitz, or trustee's counsel is directed to appear at this hearing.

☑ The trustee shall report as to when a final report in this asset case may be expected.

☑ A representative of the United States Trustee's office is to appear in this matter.

ENTER:

_____
Judge

Dated: Jan. 16, 2008